IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTH STAR INNOVATIONS INC., | § § § § | |
| Plaintiff | § § | C.A. No. 16-cv-359-LPS-CJB |
| v. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| SONY INTERACTIVE ENTERTAINMENT AMERICA LLC, SONY MOBILE COMMUNICATIONS (USA) INC., and SONY ELECTRONICS INC. | § § § § § § § | |
| Defendants | § | |

## JOINT STIPULATION OF DISMISSAL

WHEREAS, Plaintiff North Star Innovations, Inc. ("Plaintiff" or "North Star") and Defendants Sony Interactive Entertainment America LLC, Sony Mobile Communications (USA) Inc., and Sony Electronics Inc. (collectively, "Defendants" or "Sony") (Plaintiff and Defendants may be referred to collectively as the "Parties") have resolved Plaintiff's claims for relief against Defendants that were asserted or that could have been asserted in this case and have resolved Defendants' counterclaims for relief against Plaintiff that were asserted or that could have been asserted in this case;

NOW, THEREFORE, Plaintiff and Defendants, through their respective attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal, *with prejudice*, of Plaintiff's claims for relief that were asserted or that could have been asserted against Defendants in this case, and hereby stipulate to dismissal, *without prejudice*, of Defendants' claims, defenses or counterclaims for relief that were asserted or that could have been asserted against Plaintiff in this case, with all attorneys' fees, costs of court and expenses to be borne by the party incurring same.

1

Date: January 30, 2017                   Respectfully submitted,

FARNAN LLP                               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian E. Farnan                      */s/* Jack B. Blumenfeld
Brian E. Farnan (Bar No. 4089)           Jack B. Blumenfeld (#1014)
919 North Market Street, 12th Floor      1201 North Market Street
Wilmington, Delaware 19801               P.O. Box 1347
Tel:  302-777-0300                       Wilmington, DE  19899
Fax:  302-777-0301                       (302) 658-9200
bfarnan@farnanlaw.com                    jblumenfeld@mnat.com

*Attorneys for North Star Innovations Inc.*

*Attorneys for Defendants Sony Interactive Entertainment America LLC. Sony Mobile Communications (USA) Inc., and Sony Electronics Inc.*